SHEPARD, Chief Justice,
dissenting.
Krueger practiced podiatry with Central Indiana in both the far northern part of Marion County and in southern Hamilton County under a contract providing that he would not compete against them in either county for two years after the business relationship ended.
Thereafter, Krueger left Central and set up shop in Hamilton County just ten minutes from his former main site of practice on 86th Street in Marion County.
The competitive reality is that these two areas function as one for commercial purposes. That a county line divides these two locations means very little to most customers or purveyors of service, and I wouldn’t regard it as grounds for a court voiding a contract by which two relatively sophisticated parties ordered their commercial relationship.
DICKSON, J., joins.